Case 1:08-cv-00737   Document 1   Filed 01/28/2008   Page 1 of 2

A CERTIFIED TRUE COPY
JAN 28 2008
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2008

FILED
CLERK'S OFFICE

CEM

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

**08 C 737**

**JUDGE ASPEN**

CONDITIONAL TRANSFER ORDER (CTO-36)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 292 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 28 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                           MDL No. 1715

## SCHEDULE CTO-36 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC  5  07-1641 | Brian Daniel, et al. v. ACC Capital Holdings Corp., et al. | — 08cv737 |
| **MASSACHUSETTS** | | |
| MA  1  07-11954 | Katherine Woodbury, et al. v. Ameriquest Mortgage Co. | — 08cv738 |
| MA  1  07-12116 | David K. MacDowell, et al. v. Ameriquest Mortgage Co., et al. | — 08cv739 |
| **MARYLAND** | | |
| MD  8  07-2013 | Samuel Gaillard v. Ameriquest Mortgage Services, Inc., et al. | — 08cv740 |
| **MICHIGAN EASTERN** | | |
| MIE  1  07-15111 | Bryan A. Young, et al. v. Ameriquest Mortgage Co., et al. | — 08cv741 |
| MIE  5  07-15291 | James L. Walrod, et al. v. Ameriquest Mortgage Co., et al. | — 08cv742 |
| **OHIO SOUTHERN** | | |
| OHS  3  07-421 | Rockway Studebaker, et al. v. ACC Capital Holdings Corp., et al. | — 08cv743 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  07-5079 | Michael Garner v. Ameriquest Mortgage Co., et al. | — 08cv744 |