

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

February 22, 2008

F I L E D

FEB 2 7 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael W. Dobbins, Clerk
United States District Court
2050 Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:   MDL 1715          In Re: Ameriquest Mortgage Co Mortgage Lending Practices

Transfer of our Civil Case No. EDCV07-01641 SGL (JCRx)

Case Title: Brian Daniel et al v. ACC Capital Holdings Corp et al

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with a copy of the order and a certified copy of the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By   A. Morris
     Deputy Clerk

cc:   *All counsel of record*
      *Clerk, MDL Panel*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and, if not already assigned, we have assigned this matter the following case number: _____.

Clerk, U.S. District Court

By _____
   Deputy Clerk

---

CV-117 (5/00)          TRANSMITTAL LETTER - MDL CASE TRANSFER OUT

(JCRx), DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:07-cv-01641-SGL-JCR
### Internal Use Only

| | |
|---|---|
| Brian Daniel et al v. ACC Capital Holdings Corp et al | Date Filed: 12/12/2007 |
| Assigned to: Judge Stephen G. Larson | Jury Demand: Defendant |
| Referred to: Magistrate Judge John Charles Rayburn, Jr | Nature of Suit: 890 Other Statutory Actions |
| Case in other court: San Bernardino County Sup Court (Rancho Cucamonga), CIVRS 705988 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**Brian Daniel**    represented by  **Richard S DeBro**
Richard S DeBro Law Offices
3055 Wilshire Boulevard, Suite 900
Los Angeles, CA 90015
310-839-8811
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Daniels**    represented by  **Richard S DeBro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACC Capital Holdings Corp**
*doing business as*
AMC Mortgage Services
*doing business as*
Argent Mortgage Company LLC

represented by **Bernard E LeSage**
Buchalter Nemer
18400 Von Karman Ave, Suite 800
Irvine, CA 92612-0514
949-760-1121
Email: blesage@buchalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason E Goldstein**
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
949-760-1121
Email: jgoldstein@buchalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 2/22/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
By_____ Deputy

0058

**Defendant**
**Mortgage 2000**

**Defendant**

**Provident Escrow Company**

**Defendant**

**DOES**
*1 - 25 inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | 1 | NOTICE OF REMOVAL from San Bernardino County Superior Court (Rancho Cucamonga), case number CIVRS 705988 with copy of summons and complaint.Case assigned to Judge Stephen G. Larson, Discovery to Magistrate Judge John C. Rayburn. (Filing fee $ 350 ), filed by defendant ACC Capital Holdings Corp.(am) (Entered: 12/18/2007) |
| 12/12/2007 |  | FAX number for Attorney Jason E Goldstein, Bernard E LeSage is 949-720-0182. (am) (Entered: 12/18/2007) |
| 12/12/2007 |  | FAX number for Attorney Richard S DeBro is 310-839-8822. (am) (Entered: 12/18/2007) |
| 12/12/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant ACC Capital Holdings Corp. (am) (Entered: 12/18/2007) |
| 12/17/2007 | 3 | STANDING ORDER by Judge Stephen G. Larson (See document for further information) (am) (Entered: 12/18/2007) |
| 12/26/2007 | 4 | MINUTES OF IN CHAMBERS ORDER TO SHOW CAUSE held before Judge Stephen G. Larson: the removing defendant ACC is hereby ORDERED TO SHOW CAUSE("OSC") in writing, within ten (10) days from the date of this Order, whether the remainingdefendants have joined in the removal and whether the remaining defendants had been servedwith the summons by the time the notice of removal was filed. (am) (Entered: 12/27/2007) |
| 01/04/2008 | 5 | OPPOSITION *Defendant ACC Capital Holdings Corporation's Response to This Court's Order to Show Cause Re Whether the Remaining Defendants Have Joined in the Removal and Whether the Remaining Defendants Had Been Served with the Summons by the Time the Notice of Removal was Filed* filed by Defendant ACC Capital Holdings Corp. (Goldstein, Jason) (Entered: 01/04/2008) |
| 02/14/2008 | 7 | ORDER by Judge Stephen G. Larson: Scheduling Conference set for 6/2/2008 at 09:30 AM before Judge Stephen G. Larson. (am) (Entered: 02/19/2008) |
| 02/15/2008 | 6 | NOTICE of Joinder in Removal filed by Defendant ACC Capital Holdings Corp. (Goldstein, Jason) (Entered: 02/15/2008) |
| 02/19/2008 | 8 | NOTICE of Scheduling Order filed by Defendant ACC Capital Holdings Corp. (Goldstein, Jason) (Entered: 02/19/2008) |
| 02/19/2008 | 9 | CONDITIONAL TRANSFER ORDER MDL ORDER: Transferring Case to the Northern District of Illinois fo rthe reasons stated in the order of 12/13/05, and with the consent of that court, assigned to the Honorable Marvin E. Aspen. (am) (Entered: 02/22/2008) |
| 02/22/2008 | 10 | Transfer Out Transmittal Letter. A certified copy of the docket sheet and Original file, Transmittal Letter and CV57 sent to USDC Northern District of Illinois at Chicago, Illinois on 2/22/08. (Attachments: # 1 Order) (am) (Entered: 02/22/2008) |



**FILED**
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

CEM

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

EDCV07-1641 SGL (JCRx)

(SEE ATTACHED SCHEDULE)

MDL No. 1715

08 C 737

JUDGE ASPEN

## CONDITIONAL TRANSFER ORDER (CTO-36)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 292 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 28 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 5, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                          MDL No. 1715

### SCHEDULE CTO-36 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC 5 07-1641 | Brian Daniel, et al. v. ACC Capital Holdings Corp., et al. | — 08cv737 |
| **MASSACHUSETTS** | | |
| MA 1 07-11954 | Katherine Woodbury, et al. v. Ameriquest Mortgage Co. | — 08cv738 |
| MA 1 07-12116 | David K. MacDowell, et al. v. Ameriquest Mortgage Co., et al. | — 08cv739 |
| **MARYLAND** | | |
| MD 8 07-2013 | Samuel Gaillard v. Ameriquest Mortgage Services, Inc., et al. | — 08cv740 |
| **MICHIGAN EASTERN** | | |
| MIE 1 07-15111 | Bryan A. Young, et al. v. Ameriquest Mortgage Co., et al. | — 08cv741 |
| MIE 5 07-15291 | James L. Walrod, et al. v. Ameriquest Mortgage Co., et al. | — 08cv742 |
| **OHIO SOUTHERN** | | |
| OHS 3 07-421 | Rockway Studebaker, et al. v. ACC Capital Holdings Corp., et al. | — 08cv743 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 07-5079 | Michael Garner v. Ameriquest Mortgage Co., et al. | — 08cv744 |



| | Laura Springer/ILND/07/USCOURTS<br>02/05/2008 12:10 PM | To | Rhonda Marshall/CACD/09/USCOURTS@USCOURTS,<br>Natalie Longoria/CACD/09/USCOURTS@USCOURTS,<br>Monica S Hernandez/CACD/09/USCOURTS@USCOURTS |
| --- | --- | --- | --- |
| | | cc | Dorothy Keller-Flowers/ILND/07/USCOURTS@USCOURTS,<br>Willie Haynes/ILND/07/USCOURTS@USCOURTS |
| | | bcc | |
| | | Subject | MDL 1715 CTO-36  Ameriquest Mortgage, California case number 5:07-1641. Illinois case number 08 c 737 |

**IN RE: MDL 1715 Ameriquest Mortgage Co. Mortgage Lending Practices Litigation CTO-36**

Attached is a certified copy of the transfer order received from the Multi-district Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition.

We request that the transferred records consist of a copy of the complaint (including notice of removal, if applicable), any amendments, pending motions and answers, the certified docket sheet and the MDL Transfer Order, which needs a certified stamp from your court upon receipt. Please forward the above requested documents as PDF documents attached to an email addressed to:

Laura Springer/ILND/07/USCOURTS,                                      (312)435-5575

With a cc to:

Dorothy Keller-Flowers/ILND/07/USCOURTS,                      (312)435-6085
Willie Haynes/ILND/07/USCOURTS,                                       (312)435-3088

In forwarding your case records, please remember to include our case number for immediate follow-up. Also, if your court has converted to version 3.0 or higher and have the capability to transmit your records electronically through the cm/ecf database system, please let us know, so that we may update our records for future reference.

Michael W. Dobbins, Clerk
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604



08 C 737 certified copy.pdf

Thank you
Laura Springer
Northern District of Illinois
(312)435-5575