1  RICHARD S. DEBRO, State Bar No. 34952
   CAROLYN J. CHILDERS, State Bar No. 175370
2  3055 Wilshire Blvd., Suite 900
   Los Angeles, California 90010
3  Telephone:   (310) 839-8811
   Facsimile:    (310) 839-8822
4  Email address: carolynchilders@hotmail.com

5  Attorneys for Plaintiffs BRIAN DANIEL
   and KATHLEEN DANIEL

FILED
MAY - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN DANIEL and KATHLEEN DANIEL,<br><br>Plaintiffs,<br><br>vs.<br><br>ACC CAPITAL HOLDINGS CORP. dba ARGENT MORTGAGE COMPANY, LLC and dba AMC MORTGAGE SERVICES; MORTGAGE 2000; PROVIDENT ESCROW COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 08 c 737<br><br>CENTRAL DIST. CASE NO.: EDCV 07-01641-SGL (JCRx)<br><br>NOTICE OF DISMISSAL OF DEFENDANTS ACC CAPITAL HOLDINGS CORP. dba ARGENT MORTGAGE COMPANY, LLC and dba AMC MORTGAGE SERVICES; NOTICE OF DISMISSAL OF ALL FEDERAL CLAIMS FILED AGAINST ALL DEFENDANTS: VIOLATIONS OF THE FEDERAL TRUTH IN LENDING ACT AND REGULATION Z PROMULGATED THEREUNDER, VIOLATIONS OF THE FEDERAL TRUTH IN LENDING ACT AND REGULATION Z PROMULGATED THEREUNDER, VIOLATIONS OF THE FEDERAL REAL ESTATE SETTLEMENT PROCEDURES ACT AND FEDERAL RESERVE BOARD REGULATION X PROMULGATED THEREUNDER, PER FRCP 41(a)(1)(i) |

TO THE HONORABLE JUDGE MARVIN ASPEN, DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) that Plaintiffs BRIAN DANIEL and KATHLEEN DANIEL ("Plaintiffs") hereby dismiss without prejudice from the above-named lawsuit Defendants ACC CAPITAL HOLDINGS CORP. dba

ARGENT MORTGAGE COMPANY, LLC, and dba AMC MORTGAGE SERVICES; and further Plaintiffs hereby dismiss without prejudice all federal claims currently filed and pending against all Defendants in the above-named lawsuit, specifically all of those federal claims now pending against remaining Defendants MORTGAGE 2000, PROVIDENT ESCROW COMPANY, and DOES 1 through 25, inclusive, and enumerated as follows: Violations of the Federal Truth in Lending Act and Regulation Z promulgated thereunder, violations of the Federal Truth in Lending Act and Regulation Z promulgated thereunder, violations of the Federal Real Estate Settlement Procedures Act and Federal Reserve Board Regulation X promulgated thereunder.

Dated: May 7, 2008

RICHARD S. DEBRO
CAROLYN J. CHILDERS

By: _____
Richard S. DeBro

Attorneys for Plaintiffs BRIAN DANIEL and KATHLEEN DANIEL