## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 737 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Daniel, et al vs. ACC Capital Holdings Corp., etc. | | |

**DOCKET ENTRY TEXT**

All federal claims filed against all defendants in this action are dismissed. Defendant ACC Capital Holdings Corp dba Argent Mortgage Company, LLC and dba AMC Mortgage Services are dismissed without prejudice. The Clerk of the Court is directed to remand this cause of action to the California state court, San Bernardino County, State of California, Rancho Cucamonga Branch Department R-8. Enter Order.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|