RICHARD S. DEBRO, State Bar No. 34952
CAROLYN J. CHILDERS, State Bar No. 175370
3055 Wilshire Blvd., Suite 900
Los Angeles, California 90010
Telephone:  (310) 839-8811
Facsimile:  (310) 839-8822
Email address: carolynchilders@hotmail.com

Attorneys for Plaintiffs BRIAN DANIEL
and KATHLEEN DANIEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN DANIEL and KATHLEEN DANIEL,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ACC CAPITAL HOLDINGS CORP. dba ARGENT MORTGAGE COMPANY, LLC and dba AMC MORTGAGE SERVICES; MORTGAGE 2000; PROVIDENT ESCROW COMPANY; and DOES 1-25, inclusive,<br><br>　　　　Defendants.<br>_____ | ILLINOIS CASE NO. 08 c 737<br><br>CENTRAL DIST. CASE NO.:<br>EDCV 07-01641-SGL (JCRx)<br><br>**ORDER** |

## ORDER

THE COURT, having considered the notice of dismissal of certain defendants and of all pending federal claims, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The Court hereby orders the dismissal of all federal claims filed against all defendants in the within action;

2. The Court hereby orders the following defendants dismissed without prejudice from the within action: ACC CAPITAL HOLDINGS CORP. dba ARGENT MORTGAGE COMPANY, LLC, and dba AMC MORTGAGE SERVICES; and

---

**[Proposed] ORDER**

3. The Court hereby orders that the within action, *Daniel v. ACC Holdings Corp., et al.,* is hereby remanded to California state court, San Bernardino County, State of California, Rancho Cucamonga Branch, Department R-8.

IT IS SO ORDERED.

DATED: 5/28/08

*[signature: Marvin E. Aspen]*

_____
HONORABLE MARVIN ASPEN, JUDGE
OF THE UNITED STATES DISTRICT COURT

**[Proposed] ORDER**